NO. 07-09-0388-CV

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL D

 MAY 17, 2010

 In the Matter of the Marriage of STEPHANIE YVONNE CABELLO
 And MATTHEW MARSIAL CABELLO and In the Interest of
 MATTHEW MARSIAL CABELLO JR. and YANIN AGUSTINA
 CABELLO, Children
 _____________________________

 FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;

 NO. 76,966-D; HONORABLE DON R. EMERSON, PRESIDING

 Memorandum Opinion

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

 Matthew Marsial Cabello (appellant) filed a pro se notice of appeal
seeking to alter the trial court(s judgment on child support. We dismiss
the appeal. The clerk(s record was filed with this court on January 19,
2010. No reporter's record was taken. On February 1, 2010, appellant
filed a motion for extension of time to file his brief, which was granted
to March 22, 2010. On March 25, 2010, appellant filed a second extension
to file his pro se brief, which was granted to April 21, 2010, with the
admonition that no further extensions would be granted. No brief was filed
by that date, so the Court notified appellant on April 28, 2010, that the
due date for the brief had lapsed, that the brief had not been filed, and
that if it was not received by May 5, 2010, the appeal would be dismissed
for want of prosecution. To date, no brief or motion to extend the
deadline has been filed. Nor has the court received any explanation for
the omission.

 Accordingly, we dismiss the appeal for want of prosecution. Tex. R.
App. P. 38.8(a)(1); 42.3(b).

 Per Curiam